E. STERLING CARTER, as Administrator with the Will Annexed of ROBERT E. CARTER, Deceased, et al., Appellants, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Respondent.

Argued June 1, 1948; decided June 11, 1948.

*Harry H. Chambers* and *A. I. Madison* for appellants.

*Gerald E. Dwyer, Lee P. Gagliardi* and *Frederick L. Wheeler* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER, DYE and FULD, JJ. Taking no part: CONWAY, J.